**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03291-GPG

WYATT T. HANDY JR.,

    Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
S. BROWN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 12, 2014, Plaintiff filed a "Motion for Court to Direct the Clerk of the Court to Request a Waiver of Service," ECF No. 8.  The Motion is denied as premature.

Dated:  January 13, 2015,