IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-MSK-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
S. BROWN,

    Defendants.

---

## ORDER
---

Plaintiff's Motion for Court to Direct the Clerk of the Court to Request a Waiver of Service [filed February 20, 2015; docket #15] is **granted** as follows.

Although the *pro se* prisoner Plaintiff has paid the filing fee and does not proceed *in forma pauperis* in this case, the Court finds it appropriate to attempt service by waiver. Therefore, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the Plaintiff shall be responsible for serving the Defendants pursuant to Fed. R. Civ. P. 4.

Dated this 23rd day of February, 2015 in Denver, Colorado.

                                              BY THE COURT:

                                              */s/ Michael E. Hegarty*

                                              Michael E. Hegarty
                                              United States Magistrate Judge