IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-MSK-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELly LEHMAN, and
S. BROWN,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 17, 2015.**

    Plaintiff's Motion to Amend the Complaint [filed April 16, 2015; docket #30] is **denied without prejudice** pursuant to this Court's April 8, 2015, order reminding the Plaintiff that under Fed. R. Civ. P. 15(a), a plaintiff may file an amended complaint once as a matter of course in the litigation. Because Plaintiff already filed an amended complaint as a matter of course on December 26, 2014, the pleading filed on April 1, 2015, was stricken. If the Plaintiff wishes to amend his pleadings in this case, he must first seek leave of the Court and demonstrate why the Court should permit the amendment(s) in the interest of justice.

    The Plaintiff appeared before this Court today in a different matter and informed the Court of his new address. The Clerk of the Court shall send a copy of this Order to the Plaintiff at the address listed in 14-cv-01930-WYD-MEH.