IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-MSK-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
S. BROWN,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2015.**

Defendants' Motion to Vacate and Re-Set Scheduling Conference [filed May 4, 2015; docket #36] is **granted**. The May 11, 2015 Scheduling Conference is **vacated and rescheduled** to **June 3, 2015, at 11:00 a.m.** in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado.

The plaintiff shall participate in this conference by telephone. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Wyatt T. Handy, Jr.,
# 55343
Trinidad Correctional Facility
210000 Hwy 350 E
Model, CO 81059