IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-MSK-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
S. BROWN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2015.**

    Plaintiff's Motion for Extension of Time to File Amended Complaint [filed July 24, 2015; docket #60] and Plaintiff's Motion or Court to Direct the Clerk of the Court to Send Plaintiff [Copies of Documents] [filed July 24, 2015; docket #61] are **granted**.

    The Clerk of Court is directed to mail copies of the following documents to Plaintiff at the address listed below:

- Stricken Second Amended Complaint at docket #25
- Minute Order at docket #33
- Minute Order at docket #38
- Courtroom Minutes at docket #44
- Scheduling Order at docket #46
- Stricken [Third] Amended Complaint at docket #54
- Minute Order at docket #57
- Current Minute Order (dated July 27, 2015)

CASE MANAGER FOR
Wyatt T. Handy, Jr.,
# 55343
Trinidad Correctional Facility
210000 Hwy 350 E
Model, CO 81059