IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-WYD-MEH

WYATT T. HANDY, JR.,

     Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
SAHIB BROWN,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2015.**

     Plaintiff's Motion requesting a copy of the operative complaint in the case [filed October 8, 2015; docket #82] is **granted**. The Court will provide Plaintiff with a copy of the Amended Complaint at docket #7, which District Judge William Y. Daniel ordered as the operative Complaint in the case [*see* docket #80].

     The Clerk of Court is therefore **directed** to mail a copy of the Amended Complaint at docket #7 to Plaintiff at the following address:

CASE MANAGER FOR
Wyatt T. Handy, Jr.
#53343
Trinidad Correctional Facility
210000 Hwy 350 E
Model, CO 81059