IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
SAHIB BROWN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2015.**

    Plaintiff's Motion to Compel Discovery [filed October 29, 2015; docket #91] is **denied without prejudice** for failure to confer with opposing counsel pursuant to Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 7.1(a).

    The Clerk of Court shall mail a copy of this Minute Order to the Plaintiff at his new address:

Wyatt T. Handy, Jr.,
4355 Carson Street, #45
Denver, CO 80239