IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-WYD-MEH

WYATT T. HANDY, JR.,

    Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
SAHIB BROWN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2015.**

    Plaintiff's unopposed Motion for Court to Allow Plaintiff to Communicate with [Witness] Frederick Moore via U.S. Mail and Telephonically [filed November 16, 2015; docket #98] is **granted** as follows.

    Defendants are **ordered** to arrange for any necessary permissions to enable Plaintiff to communicate via U.S. mail and/or telephonically with a witness in this case: Frederick Moore, prisoner #155218 within the Department of Corrections, currently housed at Four Mile Correctional Center. Plaintiff's communications are limited to the scope of the above-captioned lawsuit.

    The Court also notes that Plaintiff's Motion contains incorrect information in that the discovery cutoff in this case is February 5, 2016, not early December as Plaintiff states. *See* docket #46. However, the Court acknowledges Plaintiff's need to gather information from this witness as quickly as possible so further **orders** Defendants to secure the necessary permission **on or before December 11, 2015.**

    The Clerk of Court shall mail a copy of this Minute Order to the Plaintiff at the following address:

Wyatt T. Handy, Jr.,
4355 Carson Street, #45
Denver, CO 80239