IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03291-WYD-MEH

WYATT T. HANDY, JR.,

        Plaintiff,

v.

PATRICIA GUERRERO-DIAZ,
KELLY LEHMAN, and
SAHIB BROWN,

        Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 7, 2016.**

Defendants' Unopposed Motion to Amend the Scheduling Order [filed March 4, 2016; docket #115] is **denied without prejudice**.  The Court construes the Motion as a request to stay the case pending District Judge Wiley Y. Daniel's decision regarding this Court's Recommendation. *See* docket #107.  While the parties in the Motion request indefinite extensions of deadlines, the Scheduling Order sets dates certain; thus, any amendments to that Order also require dates certain, which the Court recognizes are not possible to ascertain at this point.

Thus, should the parties wish to re-file the Motion, they may do so pursuant to Fed. R. Civ. P. 26(c), which allows a court to issue a protective order and thereby stay discovery. *Wang v. Hsu*, 919 F.2d 130, 130 (10th Cir. 1990).  Such protection is warranted, upon a showing of good cause, to protect a party or person from undue burden or expense.  *See* Fed. R. Civ. P. 26(c).